# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JESSICA N. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Case No.:_____ |
| | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, by and through undersigned counsel and complains of the Defendant as follows:

### Parties, Jurisdiction, and Venue

1. The Plaintiff, Jessica N. Davis, is over the age of nineteen (19) years and a resident citizen of the State of Alabama.

2. The Defendant, Allstate Insurance Company (hereinafter "Allstate"), is an Illinois corporation engaged in the business of providing insurance in the State of Alabama.

3. The Plaintiff's parents, Kristie and John Davis, and the Defendant entered into a contract providing uninsured and underinsured motorist insurance coverage to the Plaintiff, who was operating a vehicle owned by Larry McCleskley.

Pursuant to the subject policy, Plaintiff is an insured and is entitled to underinsured/uninsured coverage.  At the time of the incident, Mr. McCleskley did not have uninsured or underinsured coverage under his policy of automobile insurance.

4. All events giving rise to this cause of action occurred wholly in Morgan County, Alabama.

5. The amount in controversy exceeds seventy-five thousand dollars ($75,000.00). Furthermore, complete diversity of citizenship exists between Plaintiff and Defendant.

6. Jurisdiction and venue are properly vested with this Honorable Court pursuant to 28 U.S. Code § 1332 (Diversity of Citizenship) and 28 U.S. Code §1391(b) (1) (Venue).

## COUNT I

### Underinsured Motorist Benefits

7. Plaintiff avers that on June 17, 2016, on a public roadway, to wit: Barkley Bridge Road at Salem Road and Waddell Road in Morgan County, Alabama, the tortfeasor, Gary Patrick Blackwood, negligently or wantonly permitted, allowed or caused a motor vehicle to collide with the vehicle occupied by Jessica N. Davis.

8. As a direct or proximate consequence of the negligence or wantonness of the tortfeasor, the Plaintiff, Jessica N. Davis, was caused to suffer the following injuries and damages:

    (a) she was caused to suffer physical pain and mental anguish;

    (b) she was caused to seek medical treatment and was prevented from going about her normal activities;

    (c) she was permanently injured;

    (d) she was caused to incur medical expenses to treat and cure her injuries;

    (e) she was caused to lose wages both past and future; and

    (f) she was caused to be injured and damaged; all to her detriment.

9. Plaintiff avers that the negligent or wanton conduct of the tortfeasor directly or proximately caused the Plaintiff's injuries as herein above alleged.

10. Plaintiff has charged the tortfeasor, Gary Patrick Blackwood, with negligent or wanton operation of a motor vehicle.

11. Plaintiff avers that at the time of the occurrence made the basis of this lawsuit, there was in full force and effect a policy of automobile insurance issued by the Defendant, Allstate, which provided underinsured motorist coverage to Plaintiff's.

12. Plaintiff avers that at the time of the occurrence made the basis of this lawsuit, Plaintiff was operating a vehicle owned by Larry McCleskley. Mr. McCleskley did not have underinsured coverage on his automobile insurance policy.

13. Plaintiff further avers that the tortfeasor, Gary Patrick Blackwood, is an underinsured motorist, and the Plaintiff is entitled to recover against Allstate, up to the extent of their coverage, those damages which she may recover in excess of the insurance provided to Gary Patrick Blackwood.

WHEREFORE, Plaintiff hereby demands judgment against the Defendant for those damages sustained by the Plaintiff, up to the amount of insurance provided by the Defendant for underinsured motorist coverage.

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY.**

> */s/ Kenneth E. Riley*
> Kenneth E. Riley (ASB-9731-171k)
> Anastasia Allmon (ASB-4800-y19b)
> Attorneys for Plaintiff
> **FARRIS, RILEY & PITT, LLP**
> The Financial Center
> 505 20th Street N, Suite 1700
> Birmingham, Alabama 35203
> Tel: (205) 324-1212
> Fax: (205) 324-1255
> kriley@frplegal.com
> aallmon@frplegal.com

**SERVE DEFENDANT BY CERTIFIED MAIL:**

**Allstate Insurance Company**
**2600 Corporate Drive**
**Birmingham, AL 35242**